DOCKET No. 23mj6797                    DEFENDANT Brijeshkumar Patel

AUSA Timothy Ly and Ben Levander        DEF.'S COUNSEL Ezra Spilke
☐ RETAINED  ☐ FEDERAL DEFENDERS  ☑ CJA  ☐ PRESENTMENT ONLY

☑ Gujarati            INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☑ Detention Hrg.      DATE OF ARREST 10/17/23      ☐ VOL. SURR.
                                                            TIME OF ARREST 6 am            ☐ ON WRIT
☐ Other: ____                                               TIME OF PRESENTMENT 5:48 pm

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER    ☑ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: ____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $100,000.00      PRB  ☑ 2      FRP
☐ SECURED BY $____ CASH/PROPERTY: ____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/District of New Jersey
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☑ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☑ ELECTRONIC MONITORING  ☑ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: ____
____ ; REMAINING CONDITIONS TO BE MET BY: ____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Initial appearance of Brijeshkumar Patel. Defendant present with defense counsel Ezra Spilke, CJA. AUSA Timothy Ly and Ben Levander present. Pretrial Services officer Shannon Finneran present. Gujarati interpreter, Masuma Chagani present and sworn in. Defendant was advised of his rights and the charges against him and waives public reading. Financial affidavit is approved and Ezra Spilke is appointed as counsel. Defendant is a citizen of India and declines consular notification. Motion to unseal complaint granted. Bail arguments heard. Defendant is released on a $100,000.00 unsecured Appearance Bond to be cosigned by 2 FRP (see Appearance Bond). Recorded on Courtflow. One hour six minutes. See transcript.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY               ☐ CONFERENCE BEFORE D.J. ON ____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL ____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                          ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED               ☐ CONTROL DATE FOR REMOVAL: ____

PRELIMINARY HEARING DATE: 11/15/23        ☑ ON DEFENDANT'S CONSENT

DATE: 10/17/23                             _____
                                           UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016