| | |
|---|---|
| DOCKET No. 23mj6797 | DEFENDANT Hirenkumar Patel |
| AUSA Timothy Ly and Ben Levander | DEF.'S COUNSEL John Wallenstein |
| | ☐ RETAINED ☐ FEDERAL DEFENDERS ☑ CJA ☐ PRESENTMENT ONLY |
| ☑ Gujarati   INTERPRETER NEEDED | ☐ DEFENDANT WAIVES PRETRIAL REPORT |
| ☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg. | DATE OF ARREST 10/17/23   ☐ VOL. SURR. |
| ☐ Other: | TIME OF ARREST 5:51 am   ☐ ON WRIT |
| | TIME OF PRESENTMENT 5:48 pm |

**BAIL DISPOSITION**

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☑ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $100,000.00   PRB   ☑ 2   FRP
☐ SECURED BY $_____   CASH/PROPERTY: _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ and District of New Jersey on October 28, 2023
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:   ☐ REGULAR   ☐ STRICT   ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING   ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Initial appearance of Hirenkumar Patel. Defendant present with defense counsel John Wallenstein, CJA. AUSA Timothy Ly and Ben Levander present. Pretrial Services officer Shannon Finneran present. Gujarati interpreter, Masuma Chagani present and sworn. Defendant was advised of his rights and the charges against him and waives public reading. Financial affidavit is approved and John Wallenstein is appointed as counsel. Defendant is a citizen of India and United States and declines consular notification. Motion to unseal complaint is granted. Defendant is to be released on agreed upon bail conditions;$100,000.00 unsecured bond cosigned by 2 FRP (Nishabahen Patel and Krupesh Patel)(see Appearance Bond). 46 minutes. Recorded on Courtflow. See transcript.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY          ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                    ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED         ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 11/15/23           ☑ ON DEFENDANT'S CONSENT

DATE: 10/17/23                               _____
                                             UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.