DOCKET No. 23mj6797

DEFENDANT Nileshkumar Patel

AUSA Timothy Ly and Ben Levander

DEF.'S COUNSEL Ted Green
- ☐ RETAINED  ☐ FEDERAL DEFENDERS  ☑ CJA  ☐ PRESENTMENT ONLY

☑ Gujarati  INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☑ Detention Hrg.
☐ Other: _____

DATE OF ARREST 10/17/23
TIME OF ARREST 7 am
TIME OF PRESENTMENT 5:48 pm

☐ VOL. SURR.
☐ ON WRIT

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☑ SEE TRANSCRIPT

☐ DETENTION ON CONSENT W/O PREJUDICE  ☐ DETENTION: RISK OF FLIGHT/DANGER
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 100,000.00  PRB  ☑ 3  FRP
☐ SECURED BY $_____  CASH/PROPERTY: _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/District of New Jersey and District of Massachusetts
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☑ CURFEW  ☐ ELECTRONIC MONITORING  ☑ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☑ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☑ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Initial appearance of Nileshkumar Patel. Defendant present with defense counsel Ted Green , CJA. AUSA Timothy Ly and Ben Levander present. Pretrial Services officer Shannon Finneran present. Gujarati interpreter, Masuma Chagani present and sworn .Defendant was advised of his rights and the charges against him and waives public reading. Financial affidavit is approved and Ted Green is appointed as counsel. Defendant is a citizen of India and declines consular notification. Motion to unseal complaint granted. Bail arguments heard. Defendant to be released on a $100,000.00 bond to be cosigned by 3 FRP (see Appearance Bond). Residence and employment to be confirmed by Pretrial Services. All conditions must be met before release. Recorded on Courtflow. One hour 10 minutes. See transcript.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

☐ CONFERENCE BEFORE D.J. ON _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED
☐ PRELIMINARY HEARING IN SDNY WAIVED

☐ DEFENDANT TO BE REMOVED
☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 11/15/23

☑ ON DEFENDANT'S CONSENT

DATE: 10/17/23

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.