IH-14

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA
         against
 Naineshkumar Patel

 (Alias) _____

 _____

                Please PRINT Clearly
```

23 MJ 6797
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:   RUBY J. KRAJICK, CLERK

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

   1. [ ] CJA     2. [✓] RETAINED     3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [ ] NO   [✓] YES - IF YES GIVE YOUR DATE OF
                                                    ADMISSION. MO. August   YR. 1987

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE New York STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

SIGNATURE *Mark J. Cohen*
PRINT THE FOLLOWING INFORMATION CLEARLY

Mark I. Cohen
Attorney for Defendant

Cohen, Frankel & Ruggiero, LLP
Firm name if any

20 Vesey Street, Suite 1200
Street address

New York, New York 10007-4221
City             State             Zip

212.732.0002
Telephone No



NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186