## Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

October 25, 2023

**By ECF**
The Honorable Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

                Re:    *United States v. Brijeshkumar Patel*,
                       No. 23 Mag. 6797 (UA)

Your Honor:

      With the consent of the government, I write to respectfully request a one-week extension of the deadline for Brijeshkumar Patel's co-signers to sign the bond. On October 17, 2023, Mr. Patel appeared before Magistrate Judge Victoria Reznik on a criminal complaint. Mr. Patel was released that night on a $100,000.00 unsecured appearance bond to be cosigned by two financially responsible persons who were to sign within one week subject to location monitoring. Mr. Patel's first co-signer signed yesterday. We have identified to the government a second co-signer who is in the process of collecting the necessary documents. We have also identified a third potential co-signer who would qualify should the second co-signer not be suitable. The third co-signer is out of the country to return on October 31. Accordingly, we respectfully request that the bond be modified to extend the deadline for the second co-signer to November 1. As indicated, the government has no objection. We appreciate the Court's attention to this matter.

                                Respectfully submitted,

                                  Ezra Spilke

cc:    All counsel of record, by ECF

**APPLICATION GRANTED**

_____
Hon. Judith C. McCarthy
10-25-2023