**MEMO ENDORSED**

# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN   (914) 948-5656
RICHARD D. WILLSTATTER   FAX (914) 948-8730   E-MAIL: THEOSGREEN@MSN.COM

October 26, 2023

Hon. Victoria Reznik
United States Courthouse
300 Quarropas Street
White Plains, New York   10601

      re: United States v. Nileshkumar Patel, 23-mj-6797

Dear Judge Reznik:

      This letter is in further support of Nileshkumar Patel's application (ECF No. 26) to modify his bail conditions to permit longer curfew hours on October 27 and 28, 2023, to attend a religious celebration. I am advised by AUSA Timothy Ly that neither the government nor the pretrial services office objects to this request.

      Very truly yours,

      /s/ *Theodore S. Green*
      Theodore S. Green
      *Attorney for Nileshkumar Patel*

APPLICATION GRANTED

_____
Hon. Victoria Reznik, U.S.M.J.
Dated: 10/27/2023