# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Plaintiff,

-against-

23 MJ 6797 ( )

**MOTION FOR ADMISSION**
**PRO HAC VICE**

NILESHKUMAR PATEL Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, JONATHAN MINKUS hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for NILESHKUMAR PATEL in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of ILLINOIS AND WISCONSIN and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: NOVEMBER 2, 2023         Respectfully Submitted,

Applicant Signature: Jonath Minkus
Applicant's Name: JONATHAN MINKUS
Firm Name: JONATHAN M. MINKUS & ASSOCIATES
Address: 5225 OLD ORCHARD ROAD, SUITE 238
City/State/Zip: Skokie, Illinois 60077
Telephone/~~Fax~~ Office: 847-966-0300  Cell: 847-910-2111
Email: lawyermink@yahoo.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff,                                  23 MJ 6797 (      )

-against-                                   ORDER FOR ADMISSION
                                            PRO HAC VICE

NILESHKUMAR PATEL               Defendant.

The motion of JONATHAN Minkus , for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of ILLINOIS AND WISCONSIN ; and that his/her contact information is as follows (please print):

Applicant's Name: JONATHAN Minkus
Firm Name: JONATHAN M. Minkus & Associates
Address: 5225 OLD ORCHARD ROAD, SUITE 23B
City / State / Zip: Skokie, ILLINOIS 60077
Office Telephone / Fax: 847-966-0300  CELL: 847-910-2111

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for NILESHKUMAR PATEL in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 11/6/2023

United States District / Magistrate Judge

# AFFIDAVIT

I, Jonathan Minkus, an applicant to appear before this Court pro hac vice, does hereby swear and affirm as follows:

1) That he seeks to appear pro hac vice in the Southern District of New York for the purpose of representing a client charged with a criminal offense.

2) That Counsel has fully reviewed Local Rule 1.3 and is fully familiar with all rules regarding Counsel's application to appear pro hac vice.

3) That pursuant to Local Rule 1.3, Counsel states as follows:

   -That Counsel has never been convicted of a felony offense;

   -That Counsel has never been censured, suspended, disbarred or denied admission or readmission by any court;

   -That Counsel is not currently subject to any disciplinary proceedings;

**FURTHER AFFIANT SAYETH NOT.**

_____
Jonathan Minkus

Subscribed and Sworn to before me

this 2nd day of November, 2023

_____
Notary Public

OFFICIAL SEAL
CAROL HUGHES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/30/24



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523 (800) 252-8048
Fax (217) 546-3785

Jonathan Minkus
5225 Old Orchard Road
Suite 23B
Skokie, IL 60077

Chicago
Thursday, November 02, 2023

Re: Jonathan Minkus
Attorney No. 6183864

To Whom It May Concern:

We have received a request for written verification of the status of Jonathan Minkus for use by officials responsible for the review of the attorney's application for admission to the bar of another jurisdiction, or for a judicial position or for government employment. We have also received a Waiver and Authorization signed by the attorney. Pursuant to Commission policy, the following information is provided.

The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Jonathan Minkus was admitted to practice law in Illinois on 11/1/1982; is currently registered with this Commission and in good standing as an Illinois attorney; has never been disciplined or the subject of a disciplinary proceeding in this state; and is not the subject of any pending disciplinary investigations.



Very truly yours,
Lea S. Gutierrez
Administrator

By: _//s//:_ *Lisa Medina*
Lisa Medina
Deputy Registrar

LM